UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WILSON TILLMAN,**

    **Petitioner,**

v.                                      Case No. 3:14cv227/MCR/CJK

**JULIE L. JONES,**

    **Respondent.**
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 16, 2015. (Doc. 25). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. The magistrate judge's Report and Recommendation (doc. 25) is adopted and incorporated by reference in this order.

    2. Respondent's motion to dismiss (doc. 22) is GRANTED.

    3. The amended petition for writ of habeas corpus (doc. 11), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Wilson Tillman* in the Circuit Court for Escambia County, Florida, Case No. 82-CF-3524 is DISMISSED for lack of jurisdiction, as an unauthorized second or successive habeas corpus application.

  4. The clerk is directed to close the file and to send petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

  5. A certificate of appealability is DENIED.

  **DONE AND ORDERED** this 17th day of July, 2015.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**